**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: August 7, 2020**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Patricia Faye Posey
aka P. F. Denlinger

_____Debtor*_____/

Case No.
8:19–bk–08911–RCT
Chapter 13

### ORDER ABATING MOTION FOR ADEQUATE PROTECTION

THIS CASE came on for consideration, without hearing, of the Motion for Adequate Protection by US Bank Trust NA , Doc. # . After review, the Court determines that the motion , is deficient as follows:

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.